# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

| PO | 417 | 04 | Assigned 1708 | | | U.S. VS. | (LAST, FIRST, MIDDLE) BOULIA, William Paul | Case Filed Mo/Day/Yr 04/03/90 | Docket No. 00021 | Def. 01 |
|---|---|---|---|---|---|---|---|---|---|---|
| Misd. ☐ | | | Disp. 1708 | ☐ WRIT ☐ JUVENILE ☐ ALIAS | | | | No. of Def's 1 | U.S. MAG. CASE NO. | |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY/NOLO |
|---|---|---|---|---|
| 21:841(a)(1) | distribution of marijuana, a schedule I controlled substance (Cts. 1 thru 35,37,39,40,42,44 thru 47,51 thru 54,56,58,59,61 thru 63,67 thru 69, 71 thru 74,77,80,83,85, & 88) | 66 | | |
| 21:841(a)(1) | distribution of cocaine, a schedule II narcotic controlled substance (Cts. 36,38,41,43,48,50,55,57,60,64 thru 66, 70, 75,76,78,79,81,82,84,86,87,89 & 90) | 24 | | |

SUPERSEDING COUNTS ──▶

## II. KEY DATE

**INTERVAL ONE** — KEY DATE: ____ (EARLIEST OF: arrest / sum'ns / custody / appears-on complaint)

**END ONE AND/OR BEGIN TWO** — KEY DATE: 4-3-90 (APPLICABLE): ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

**KEY DATE**: 4-17-90
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Indt ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE: 7-9-90 (APPLICABLE): ☐ Dismissal ☒ Pled guilty / ☐ Nolo {After N.G. / After nolo} ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 7-9-90 | SENTENCE DATE 10-9-90 | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov motion |

## III. MAGISTRATE

| Search Warrant | Issued/Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
|---|---|---|---|---|---|---|
| Summons | Issued/Served | | | PRELIMINARY EXAMINATION / REMOVAL HEARING — Date Scheduled ▶ / Date Held ▶ | | |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. ATTORNEYS

**U.S. Attorney or Asst.**
Capt. Warren, Wolfe, SAUSA

Defense: 1 ☐ CJA.  2 ☒ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

117 Water Oak Drvie
Newport, NC 28570
726-7383
726-6416

Filed N.O.A. 4/9/90 -
Steven E. Lacy
310 New St.
P.O. Box 1095
New Bern, N.C. 28560
(919) 637-6400

## BAIL • RELEASE

**PRE- INDICTMENT**
Release Date: 
Bail ☐ Denied
AMOUNT SET: $
Date Set: 
☐ Bail Not Made
Date Bond Made: 

Conditions:
☐ Fugitive
☐ Pers. Rec.
☐ PSA
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

**POST--INDICTMENT**
Release Date: 4-17-90
Bail ☐ Denied
AMOUNT SET: $100,000. Uns. w
$35,000. Property
Date Set: 4-17-90
☐ Bail Not Made
Date Bond Made: 

Conditions:
☐ Fugitive
☐ Pers. Rec.
☐ PSA
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

70 days up: 6/26/90 w/o mtns.

Arr & Ptd: 6/25/90 NB  6/11/90 NB

Docket Entries Begin On Reverse Side

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| Date | Doc # | V. PROCEEDINGS | Start/End | Ltr | Days |
|---|---|---|---|---|---|
| 4-3-90 | 1 | INDICTMENT FILED - c: AUSA, USPO, USM, Judge Boyle, Mag. Denson, Mag. Mccotter, New Bern Div. jh | | | |
| 4-4-90 | | REQUEST FOR WARRANT - by: U.S. Attorney - Bond rec: $15,000. Sec. jh | | | |
| 4-4-90 | 2 | ISSUED WARRANT FOR ARREST - Orig and 1c: USM w/copy of indictment 1c: AUSA jh | | | |
| 4-9-90 | 3 | NOTICE OF REPRESENTATION - by: Steven E. Lacy w/cs 310 New St., P.O. Box 1095, New Bern, NC 28560 637-6400 c: AUSA, USPO, Mag. Denson, Judge Boyle jh | | | |
| 4-17-90 | | INITIAL APPEARANCE at New Bern Before Mag. McCotter (Proc. Rec.) Advised of rights, charges & Max. penalties, waived reading of indictment, Bond $100,000. Uns. with $35,000. property to be executed by Fri., 4/20/90 jh | | | |
| 4-17-90 | 4 | ORDER SETTING CONDITIONS OF RELEASE - $100,000. Uns. with $35,000. Secured by property to be executed by 4/20/90 with special conditions of release (Mag. Denson) c: AUSA, USPO, USM, Deft, Counsel jh | | | |
| 4-17-90 | 5 | APPEARANCE BOND $100,000. Uns. with $35,000. secured by property (Mag. Denson) jh | | | |
| 4-17-90 | 6 | REQUEST FOR DISCOVERY - by: Steven Lacy 1c: Mag. Denson jh | | | |
| 4-17-90 | 7 | MOTION FOR BILL OF PARTICULARS - w/cs by: Steven Lacy 1c: Mag. Denson jh | 4-17-90 / 5-2-90 | | 15 |
| 4-20-90 | 8 | ORDER ON PRETRIAL SCHEDULING - Conf by: 5/7/90, Mtns by: 5/17/90 and responses by: 5/31/90 (Mag. Denson) c: AUSA, Judge Boyle, Counsel of Record jh | | | |
| 4-25-90 | | RECEIVED: from the New Bern Division the Original Deed of Trust and property Documents that was Ordered by Mag. Denson on 4/17/90 - Orig to Fin. Deputy on 4/27/90 jh | | | |
| 4-30-90 | 9 | Return on Warrant for Arrest - date rec'd, 4/4/90, Date of Arrest 4/18/90, Johnnie L. Dov, DUSM jh | | | |
| 5-2-90 | 10 | ORDER upon defts motion for a bill of particulars the deft failed to file an accompanying memorandum in support of its motion as requried by local rule 4.04. Therefore, the mtn will not be considered on its merits and is DENIED. The Court notes that the govt fialed to respond to this motion. If the motion had been in proper procedural form, it would have been allowed as unopposed. (Mag. Denson) O.B.#9, P.207 c: AUSA, Counsel jh | | | |
| 5-8-90 | 11 | RESPONSE TO REQUESTS FOR DISCOVERY - w/cs by: Warren Wolfe 1c: Mag. Denson jh | | | |
| 6-14-90 | | ISSUED NOTICE FOR ARRAIGNMENT AND TRIAL at New Bern Before J. Boyle on Mon. June 25, 1990 at 10AM c: USA, Counsel, Deft, J. Boyle jh | | | |
| 6-14-90 | | 70 days up: 6/26/90 with excludable time thru 7/15/90. jh | | | |
| 6-19-90 | 12 | MOTION TO CONTINUE - case scheduled for 6-25-90 - filed by Deft. 1c: Judge Boyle jm | 6-19-90 / 6-22-90 | | 3 |
| 6-22-90 | 13 | ORDERED that Deft's motion for a continuance is granted and case will be re-scheduled by the Court (Judge Boyle) CR. O.B. # 10, P. 54. Cys: AUSA & Counsel for deft. jm | | | |
| 6-29-90 | | ISSUED NOTICE TO APPEAR for arraignment and trial on Monday, July 9, 1990 at 9:30 a.m. in Raleigh, NC before Judge Boyle Cys: AUSA, USPO, USM, Counsel of record, Joyce Todd- Civil Section, Court Reporter, Judge Boyle jm | | | |
| 7-9-90 | | AT RALEIGH - JUDGE BOYLE - C.R. DONNA TOMAWSKI Deft. appeared with counsel Deft. sworn - deft. competent Rule 11 conducted | | | |
| | 14 | MEMORANDUM OF PLEA AGREEMENT FILED IN OPEN COURT - Cys. dist. Plea of guilty to Cts. 52,56,59 & 88 and the lesser included offense | | | |






UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

BOULIA, William Paul

AO 256A

90-21-01-CR-4
Yr. | Docket No. | Def.

| DATE 1990 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | Govt. agrees to dismiss remaining counts | | | | |
| | Govt. summarized evidence | | | | |
| | Court finds plea made freely & voluntarily | | | | |
| | Factual basis for plea | | | | |
| | Court satisfied with plea & approved | | | | |
| | Remaining counts dismissed on motion of the deft. | | | | |
| | Bond: remain the same | | | | |
| | Sent: tentively Oct. 9, 1990 - New Bern           jm | | | | |
| 9-26-90 | ISSUED NOTICE TO APPEAR for sentencing on Tuesday, October 9, 1990 at 10:00 a.m. in New Bern, NC before Judge Boyle - Cys: AUSA, USPO, USM, Counsel of record, Joyce Todd-Civil Section, Court Reporter & Judge Boyle           jm | | | | |
| 10-9-90 | AT NEW BERN BEFORE JUDGE BOYLE (C.R.-Lib Leonard) JUDGMENT AND COMMITMENT the Court allows motion for downward departure upon motion of the Govt for substantial assistance -Deft placed on probation for a term of 3 yrs. on the following terms and conds: (Cts. consolidated for judgment) 1. that he perform 300 hrs. of community service 2. that he pay a fine of $3,000.00 3. that he not violate any local, state or federal laws 4. that he not consume or possess or use or be found with or in any transaction with any controlled substance 5. that he submit to chemical and physical analysis and search at direction of the USPO during his period of probation total special assessment $250.00 - Statement of Reasons O.B.#16 P.#169      Ent. 10-15-90   c: USA, USPO, USM, Deft, Counsel, J. Boyle, Financial Deputy | | jh | | |
| 10-11-90 | TRANSCRIPT ON FINDINGS ON SENTENCING - at New Bern Before Judge Boyle (C.R.-Lib Leonard) Oct. 9, 1990 | | jh | | |
| 1-10-91 | RETURNED THE ORIGINAL DEED OF TRUST TO THE ATTORNEY MR. LACY BY CERTIFIED MAIL - (OBLIGATION SATISFIED)   jm | | | | |
| *1-9-91 | ORDERED that the liability incurred by the deft. for his release is hereby cancelled (J. Rich Leonard) CR. O.B.#11, P. 1   jm | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |